BRIAN NIBLACK *v.* COMMISSIONER OF CORRECTION

The petitioner Brian Niblack's petition for certification for appeal from the Appellate Court, 132 Conn. App. 505 (AC 31352), is denied.

*James B. Streeto*, assistant public defender, in support of the petition.

*Nancy L. Chupak*, senior assistant state's attorney, in opposition.

Decided January 25, 2012